UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARCOS HERNANDEZ A/K/A PALENCIA, *individually and on behalf of others similarly situated*,

      Plaintiff,

– against –

EL AZTECA Y EL GUANACO REST.CORP. (D/B/A EL AZTECA & EL GUANACO), NUEVO TULCINGO AZTECA CORP. (D/B/A EL NUEVO AZTECA), GILBERTO MOLINA, and TERESA DOE A/K/A ROSA,

      Defendants.

**ORDER**

20 Civ. 10316 (ER)

Ramos, D.J.:

  The Court has been notified by the Mediator that mediation in this case was held and agreement was reached on all issues. The parties are therefore instructed to submit a proposed settlement agreement to the Court for its approval by no later than May 7, 2021.

  It is SO ORDERED.

Dated: April 26, 2021
    New York, New York

                  Edgardo Ramos, U.S.D.J.