# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510  
New York, New York 10165

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

May 7, 2021

**MEMO ENDORSED**

The application is  X   granted  
_____ denied  

/s/ Edgardo Ramos  
Edgardo Ramos, U.S.D.J  
Dated: 5/10/2021  
New York, New York

**Via ECF**

Hon. Edgardo Ramos  
United States District Judge  
United States District Court  
Southern District of New York  
40 Foley Square  
New York, New York 10007

Re: Marcos Hernandez v. El Azteca Y El Guanaco Rest. Corp., et al  
Docket No.: 20-cv-10316-ER

Your Honor:

My office represents Plaintiff in the above-captioned matter. I write, jointly with defense counsel, to respectfully request the Court to grant the parties a short extension of time to submit the settlement agreement for Court approval, from the current deadline of May 7, 2021 to May 14, 2021. This is the first request of its kind.

The parties have prepared a settlement agreement, but Defendants need additional time to review and sign the agreement. Accordingly, the parties respectfully request the Court to grant their application for a short extension of time to submit the settlement agreement for Court approval.

The parties thank the Court for its time and consideration of this matter.

Respectfully submitted,

/s  
William K. Oates, Esq.  
Michael Faillace & Associates, P.C.  
*Attorneys for Plaintiff*

cc: Gil Santamarina, Esq. (via ECF)  
*Attorney for Defendants*

*Certified as a minority-owned business in the State of New York*