# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510            Telephone: (212) 317-1200
New York, New York 10165                      Facsimile: (212) 317-1620

May 14, 2021

**MEMO ENDORSED**

**Via ECF**

Hon. Edgardo Ramos
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

The application is __X__ granted
                ____ denied

_/s/_
Edgardo Ramos, U.S.D.J
Dated: _5/17/2021_
New York, New York

       Re:     Marcos Hernandez v. El Azteca Y El Guanaco Rest. Corp., et al
                Docket No.: 20-cv-10316-ER

Your Honor:

      My office represents Plaintiff in the above-captioned matter. I write, jointly with defense counsel, to respectfully request the Court to grant the parties a second extension of time to submit the settlement agreement for Court approval, from the current deadline of May 14, 2021 to May 21, 2021. This is the second request of its kind.

      The reason for the extension is that Defendants need additional time to review the agreement. Accordingly, the parties respectfully request the Court to grant their application for a short extension of time to submit the settlement agreement for Court approval.

      The parties thank the Court for its time and consideration of this matter.

                                                            Respectfully submitted,

                                                            /s
                                                            William K. Oates, Esq.
                                                            Michael Faillace & Associates, P.C.
                                                            *Attorneys for Plaintiff*

cc:     Gil Santamarina, Esq. (via ECF)
          *Attorney for Defendants*