Privileged Settlement Communication                                                                                                        Subject to Revision / Correction

| Plaintiff | Pay Period From | Pay Period To | No. Weeks in Pay Period | Hours Per Week in Period | SOH Days Per Wk in Period | Calc. Regular Rate of Pay | Calc. OT Rate of Pay | Minimum Wage Rate | Minimum Overtime (OT) | Lawful Weekly Pay | "Credited" Weekly Pay | Underpayment Per Week | Unpaid Wages & OT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Marcos Hernandez** | 5/15/2019 | 12/31/2019 | 33 | 58.5 | 3 | $ 10.85 | $ 16.28 | $ 15.00 | $ 22.50 | $ 1,016.25 | $ 635.00 | $ 381.25 | $ 12,581.25 |
| | 1/1/2020 | 3/15/2020 | 11 | 58.5 | 3 | $ 10.85 | $ 16.28 | $ 15.00 | $ 22.50 | $ 1,016.25 | $ 635.00 | $ 381.25 | $ 4,193.75 |
| | 3/16/2020 | 3/31/2020 | 2 | 30 | 3 | $10.85 | $ 16.28 | $ 15.00 | $ 22.50 | $ 450.00 | $ 325.50 | $ 124.50 | $ 249.00 |
| | 4/1/2020 | 4/15/2020 | 2 | 30 | 3 | $10.85 | $ 16.28 | $ 15.00 | $ 22.50 | $ 450.00 | $ 325.50 | $ 124.50 | $ 249.00 |
| | 4/16/2020 | 10/8/2020 | 25 | 84 | 7 | $ 12.00 | $ 18.00 | $ 15.00 | $ 22.50 | $ 1,590.00 | $ 1,008.00 | $ 582.00 | $ 14,550.00 |
| | | | | | | | | | | | | | $ 31,823.00 |

1 This chart is based upon preliminary information and the expected testimony of Plaintiff.
2 Plaintiff reserves his right to correct or amend this chart.
3 This Chart was prepared without the benefit of discovery, or the benefit of Defendants' required wage and hour records under the FLSA & NYLL.

Privileged Settlement Communication                                                                                                                                          Subject to Revision / Correction

| Plaintiff | Pay Period From | Pay Period To | Liq. Damages on Wages & OT | Unpaid Spread of Hours (SOH) Pay | Liq. Damages on unpaid SOH | Annual Wage Notice | Weekly Wage Statement | Pre Jud. Interest (PJI) on OT & Wages | (PJI) Spread of Hours | Wages Withheld |
|---|---|---|---|---|---|---|---|---|---|---|
| **Marcos Hernandez** | 5/15/2019 | 12/31/2019 | $ 12,581.25 | $ 1,485.00 | $ 1,485.00 | $ 5,000.00 | $ 5,000.00 | $ 2,449.74 | $ 289.15 | |
| | 1/1/2020 | 3/15/2020 | $ 4,193.75 | $ 495.00 | $ 495.00 | | | $ 658.37 | $ 77.71 | |
| | 3/16/2020 | 3/31/2020 | $ 249.00 | $ 90.00 | $ 90.00 | | | $ 36.30 | $ 13.12 | |
| | 4/1/2020 | 4/15/2020 | $ 249.00 | $ 90.00 | $ 90.00 | | | $ 35.34 | $ 12.78 | |
| | 4/16/2020 | 10/8/2020 | $ 14,550.00 | $ 2,625.00 | $ 2,625.00 | | | $ 1,722.70 | $ 310.80 | |
| | | | $ 31,823.00 | $ 4,785.00 | $ 4,785.00 | $ 5,000.00 | $ 5,000.00 | $ 4,902.44 | $ 703.55 | |

| | | |
|---|---|---|
| Filing Date | | 12/8/2020 |
| FLSA | | 12/8/2017 |
| NYLL | | 12/8/2014 |
| Today | | 11/4/2021 |

Privileged Settlement Communication    Subject to Revision / Correction

| Plaintiff | Pay Period | | Tools of the trade | Total Per Period |
| --- | --- | --- | --- | --- |
| | From | To | | |
| **Marcos Hernandez** | 5/15/2019 | 12/31/2019 | $ 2,000.00 | $ 42,871.39 |
| | 1/1/2020 | 3/15/2020 | | $ 10,113.57 |
| | 3/16/2020 | 3/31/2020 | | $ 727.42 |
| | 4/1/2020 | 4/15/2020 | | $ 726.12 |
| | 4/16/2020 | 10/8/2020 | | $ 36,383.49 |
| | | | $ 2,000.00 | $ 90,821.99 |