# Michael Faillace & Associates, P.C.

60 East 42nd Street
Suite 4510
New York, NY 10165

Ph:(212) 317-1200     Fax:(212) 317-1620

Marcos Hernandez                                                                                                          November 4, 2021

|  | File #: | ElNuevoAztec |
|---|---|---|
| **Attention:** | Inv #: | Sample |

**RE:**

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Oct-26-20 | Preparing document for client's signature, call with client instructing him how to sign | 0.80 | 100.00 | PL |
| Oct-27-20 | Call with client | 0.20 | 25.00 | PL |
| Dec-07-20 | reviewed and corrected the complaint; sent complaint to CS with directions as to the next steps we need to take in the litigation | 1.50 | 675.00 | MF |
|  | Call with client, updating case file and reviewing documents | 0.30 | 37.50 | PL |
|  | Drafting complaint, due diligence on company, sending over to MF | 2.40 | 300.00 | PL |
| Dec-08-20 | reviewed complaint filed in court; directed staff to update case chart ; filed notice in the proper folder for future reference | 0.30 | 135.00 | MF |
|  | Finalizing complaint, preparing related documents and e-filing on ECF | 1.50 | 187.50 | PL |
| Dec-09-20 | Docketing and serving summons and related documents | 0.90 | 112.50 | PL |

| Date | Description | Hours | Amount | Initials |
|---|---|---|---|---|
| Dec-14-20 | reviewed court notice of appearance of plaintiff's counsel ; directed staff to update case chart ; filed order in the proper folder for future reference | 0.30 | 135.00 | MF |
| | Reviewing and docketing AOS and e-filing | 0.70 | 87.50 | PL |
| | Prepare and file NOA | 0.30 | 37.50 | PL |
| Dec-18-20 | Review service of process documents, update case file | 0.20 | 25.00 | PL |
| Dec-21-20 | Email to process server re: AOS | 0.20 | 25.00 | PL |
| Dec-28-20 | reviewed affidavits of service filed in court ; directed staff to update case chart ; filed affidavits in the proper folder for future reference | 0.30 | 135.00 | MF |
| | Reading email from process server re service of Gilberto Molina | 0.20 | 25.00 | PL |
| | Reviewing and e-filing AOS on individual defendants | 0.70 | 87.50 | PL |
| Dec-30-20 | Drafted Notice of Appearance; reviewed file | 0.20 | 80.00 | WO |
| Dec-31-20 | Reviewed court notice of appearance of plaintiff's counsel ; directed staff to update case chart ; filed order in the proper folder for future reference | 0.30 | 135.00 | MF |
| | Reviewed court order granting plaintiffs' counsel's motion to withdraw from the case; directed staff to update case chart ; filed notice in the proper folder for future reference | 0.30 | 135.00 | MF |
| | Filed Notice of Appearance | 0.10 | 40.00 | WO |
| Jan-21-21 | Reviewed answer to complaint and corporate disclosure statements filed by defendants in court; directed staff to update case chart ; filed notice in the proper folder for future reference | 0.50 | 225.00 | MF |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Jan-28-21 | Reviewed court order referring the case to mediation; directed staff to update case chart ; filed letter in the proper folder for future reference | 0.30 | 135.00 | MF |
| Feb-03-21 | Telephone conversation with defense counsel re: status | 0.20 | 80.00 | WO |
| | Reviewed documents provided by defense counsel | 0.10 | 40.00 | WO |
| Feb-18-21 | Telephone conversaiton with attorney re: mediation | 0.20 | 80.00 | WO |
| Feb-19-21 | Telepohone conversation with defense counsel re: mediation | 0.10 | 40.00 | WO |
| Mar-10-21 | Drafted e-mail to SDNY mediaiton office re: status | 0.10 | 40.00 | WO |
| Mar-15-21 | Sent e-mail to MF re: defense counsel's position on mediation | 0.10 | 40.00 | WO |
| Mar-17-21 | Reviewed damages chart | 0.30 | 120.00 | WO |
| | Sent damages chart to defense counsel | 0.10 | 40.00 | WO |
| Mar-30-21 | Sent e-mail to defense counsel re: teleconference | 0.10 | 40.00 | WO |
| Mar-31-21 | Telephone counversaiton with defense counsel re: settlement | 0.20 | 80.00 | WO |
| Apr-09-21 | Drafted e-mail to defense counsel re: damages / settlement demand | 0.10 | 40.00 | WO |
| | Reviewed damages chart | 0.10 | 40.00 | WO |
| Apr-12-21 | Drafted and submitted mediation statement | 2.60 | 1,040.00 | WO |
| | Reviewed file | 0.30 | 120.00 | WO |
| | Reviewed and edited damages chart | 0.30 | 120.00 | WO |
| Apr-19-21 | Sent e-mail to mediator re: teleconference | 0.10 | 40.00 | WO |
| Apr-22-21 | Attended Mediation | 3.50 | 1,400.00 | WO |

| Date | Description | Hours | Amount | |
|---|---|---|---|---|
| | Reviewed file to prepare for mediaiton | 0.50 | 200.00 | WO |
| Apr-29-21 | Drafted Settlement Agreement | 1.70 | 680.00 | WO |
| Apr-30-21 | Reviewed and forwarded settlement agreement to defense counsel | 0.70 | 280.00 | WO |
| May-04-21 | Drafted fairnness letter to the Court | 1.10 | 440.00 | WO |
| May-07-21 | Drafted and filed letter with the court re: extension to file settlement agreement | 0.30 | 120.00 | WO |
| | Revised settlement agreement | 0.30 | 120.00 | WO |
| May-12-21 | Revised settlement agreement | 0.20 | 80.00 | WO |
| May-14-21 | Drafted and filed letter with the court re: extension to file settlement agreement | 0.30 | 120.00 | WO |
| May-20-21 | Revised settlement agreement | 0.40 | 160.00 | WO |
| May-21-21 | Drafted and filed letter with the Court re: extension to file settlement agreement | 0.30 | 120.00 | WO |
| May-26-21 | Telephone conversaiton with defense counsel re: status | 0.30 | 120.00 | WO |
| May-27-21 | Drafted letter to the Court requesting a conference | 0.50 | 200.00 | WO |
| Jun-23-21 | Drafted case management plan and sent same to defense counsel | 0.40 | 160.00 | WO |
| Jun-24-21 | Filed case management plan | 0.20 | 80.00 | WO |
| | Attended case management conference | 0.30 | 120.00 | WO |
| Jul-23-21 | Drafted and served discovery demands | 2.20 | 880.00 | WO |
| Jul-26-21 | Drafted e-mail to defense counsel re: settlement | 0.10 | 40.00 | WO |
| Aug-02-21 | Drafted e-mail to defense counsel re: settlement | 0.10 | 40.00 | WO |
| Aug-06-21 | Drafted e-mail to defense counsel re: settlement | 0.10 | 40.00 | WO |

| Date | Description | Hours | Amount | |
|---|---|---|---|---|
| Sep-02-21 | Drafted and served deficiency letter | 0.70 | 280.00 | WO |
| Oct-05-21 | Left message for defense counsel re: discovery issue | 0.10 | 40.00 | WO |
| Oct-07-21 | Sent e-mail to defense counsel re: discovery issue | 0.10 | 40.00 | WO |
| Oct-08-21 | Sent e-mail to defense counsel re: discovery issue | 0.10 | 40.00 | WO |
| Oct-12-21 | Drafted and filed motion for a discovery conference | 1.10 | 440.00 | WO |
| Oct-19-21 | Drafted e-mail to defense counsel re: settlement | 0.10 | 40.00 | WO |
| Oct-21-21 | Revised settlement agreement | 0.20 | 80.00 | WO |
| Oct-29-21 | Drafted and filed letter with the Court re: settlement | 0.30 | 120.00 | WO |
| Oct-31-21 | Reviewed and filed submission re: Cheeks review | 0.70 | 280.00 | WO |
| | Totals | 34.40 | $11,640.00 | |

**DISBURSEMENTS**

| Date | Description | Amount |
|---|---|---|
| | Filing Fee | 402.00 |
| Dec-14-20 | Process Server Fee | 76.00 |
| | Process Server Fee | 76.00 |
| Dec-28-20 | Process Server Fee | 90.00 |
| | Process Server Fee | 90.00 |
| | Totals | $734.00 |

**Total Fee & Disbursements**          $12,374.00

**Balance Now Due**          $12,374.00